# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00217-CR

**Marcus James Mayfield, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
## NO. CR20,113, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Marcus James Mayfield filed a notice of appeal attempting to challenge the district court's order denying his request for leave to file an appeal "nunc pro tunc" from his April 27, 2000 conviction following his plea of guilt to aggravated sexual assault of a child.

Because there is no grant of authority for an appeal from a post-conviction order denying leave to file an appeal "nunc pro tunc," we do not have jurisdiction to review this order. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) ("The standard for determining jurisdiction is not whether appeal is precluded by law, but whether the appeal is authorized by law."). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Jurisdiction

Filed: April 15, 2016

Do Not Publish